**PETER ANDERSON**
**UNITED STATES TRUSTEE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**411 WEST FOURTH STREET, SUITE 9041**
**SANTA ANA, CALIFORNIA 92701**
**TELEPHONE: (714) 338-3400**
**FAX: (714) 338-3421**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| IN RE: | CASE NO.: **8: 13-BK-12153-SC (LEAD CASE)** |
|---|---|
| **DRI COMPANIES,** | 8: **13-BK-12154-SC** |
| **DRI COMMERCIAL CORPORATION,** | **8: 13-BK-12156-SC** |
| **DRI RESIDENTIAL CORPORATION,** | CHAPTER 7 |
| Debtors. | **NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS TRUSTEE** |

PURSUANT TO 11 U.S.C. § 701 and 11 U.S.C. §322

**RICHAD MARSHACK**
**870 ROOSEVELT**
**IRVINE, CA 92620**

is appointed Interim Trustee in the above captioned matters and is hereby designated to preside at the meeting of creditors. This case is covered by the Chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: October 29, 2014

PETER ANDERSON
**United States Trustee**

I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14), and on this basis, I hereby accept my appointment as Interim Trustee. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: October 29, 2014         */s/ Richard A. Marshack*
                                **RICHARD MARSHACK**
                                Interim Trustee